**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **RHONDA HEINTZELMAN,**  )<br> on behalf of **DH**, a minor  )<br>  **Plaintiff,**  )<br>  )<br> vs.  )<br>  )<br> **MICHAEL J. ASTRUE,**  )<br> **COMMISSIONER OF**  )<br> **SOCIAL SECURITY,**  )<br>  **Defendant.**  )<br>  **Defendant.**  )<br> _____ \_\_\_\_) | Case No. 07-2238-JAR |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed,

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2008.

 S/   Julie A. Robinson
**Julie A. Robinson**
**United States District Judge**